SCPW-16-000491

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

WALTER R. SCHOETTLE, Petitioner,

vs.

THE OFFICE OF DISCIPLINARY COUNSEL, and RICHARD A. PLATEL, CHIEF
DISCIPLINARY COUNSEL, Respondents.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the May 10, 2016 petition for a
writ of mandmamus submitted by Petitioner attorney Walter R.
Schoettle, this court concludes nothing in the petition or the
attached exhibits supports the conclusion that the Office of
Disciplinary Counsel has violated a duty owed this court, or
abused the discretion delegated to it by this court to
investigate the allegations of misconduct lodged by the
Petitioner. See Breiner v. Sunderland, 112 Hawaiʻi 60, 64-65,
143 P.3d 1262, 1266-67 (2006); In re Disciplinary Bd. of the

Hawaiʻi Supreme Court, 91 Hawaiʻi 363, 368-71, 984 P.2d 688, 693-96 (1999); Akinaka v. Disciplinary Bd. of the Hawaiʻi Supreme Court, 91 Hawaiʻi 51, 57, 979 P.2d 1077, 1083 (1999). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, July 15, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

